IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ELLIOTT,<br><br>          Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>          Respondent. | CASE NO. 2:24-CV-01651-DMC-P<br><br>ORDER |

On August 26, 2024, the Respondent's requested an extension of time to October 24, 2024, to file its motion to dismiss or response to Petitioner's 28 U.S.C. 2241 petition. ECF 6. Good cause appearing therefor based on counsel's declaration indicating the need for additional time to receive relevant documentation from the Board of Prisons, Respondent's motion will be granted.

Accordingly, IT IS HEREBY ORDERED that the Respondent's request for an extension of time, ECF NO. 6, is granted. The response is now due October 24, 2024.

Dated: August 28, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1