IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ELLIOTT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SALMONSON,<br><br>　　　　　Respondent. | No.  2:24-CV-1651-DMC-P<br><br>ORDER |

　　　　Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Pending before the Court are: (1) Petitioner's motion directing that Respondent re-serve the pending motion to dismiss, ECF No. 11; and (2) Petitioner's motion for an extension of time, ECF No. 12.

　　　　Petitioner states that he has not received Respondent's motion to dismiss because he was transferred to another institution.  While the proofs of service provided by Respondent indicate that the motion to dismiss was properly served on Petitioner at his address of record, and while the Court recognizes that Petitioner has failed to file a notice of change of address following his transfer, the Court will nonetheless direct the Clerk of the Court to update Petitioner's address and direct Respondent to re-serve the motion to dismiss.  Petitioner's motion for an extension of time to file an opposition to Respondent's motion will be granted.

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to update Petitioner's address to:

> FCI Mendota
> Post Office Box 9
> Mendota, CA 93640

2. Petitioner's motion directing re-service, ECF No. 11, is granted.

3. Respondent is directed to re-serve the pending motion to dismiss on Petitioner at the address reflected above within 10 days of the date of this order.

4. Petitioner's motion for an extension of time, ECF No. 13, is granted.

5. Petitioner's opposition to Respondent's motion to dismiss is due within 30 days of the date of this order.

Dated: December 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE