IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ELLIOTT,<br><br>    Petitioner,<br><br>    v.<br><br>SALMONSON,<br><br>    Respondent. | No. 2:24-CV-1651-DMC-P<br><br>ORDER TO SHOW CAUSE |

       Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

       Petitioner filed a motion directing Respondent to re-serve the motion to dismiss, asserting that he was transferred to another institution and therefore did not receive the motion to dismiss. See ECF No. 11. This Court ordered Respondent to re-serve the motion to dismiss to Petitioner's new address despite finding "the proofs of service provided by Respondent indicate that the motion to dismiss was properly served on Petitioner at his address of record." ECF No. 14, pg. 1. The docket does not reflect that Respondent re-served the motion to dismiss in accordance with the Court's Order, ECF No. 14.

       Thus, Respondent will be directed to show cause in writing within 14 days of this order why appropriate sanctions should not be imposed for failure to comply with the Court's order. If Respondent files proof of service in accordance with ECF No. 14, the order to show

cause will be discharged.

Accordingly, IT IS HEREBY ORDERED that Respondent is directed to show cause in writing within 14 days of the date of this order why sanctions should not be imposed for failure to comply with the Court's December 12, 2024, order.

Dated: August 8, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE