IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ELLIOTT,<br><br>    Petitioner,<br><br>    v.<br><br>SALMONSON,<br><br>    Respondent. | No. 2:24-CV-1651-TLN-DMC-P<br><br>AMENDED ORDER TO SHOW CAUSE |

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Petitioner filed a motion directing Respondent to re-serve the motion to dismiss, asserting that he was transferred to another institution and therefore did not receive the motion to dismiss. See ECF No. 11. This Court ordered Respondent to re-serve the motion to dismiss to Petitioner's new address despite finding "the proofs of service provided by Respondent indicate that the motion to dismiss was properly served on Petitioner at his address of record." ECF No. 14, pg. 1. Respondent was directed to re-serve the motion to Petitioner's new address:

> FCI MENDOTA
> P.O. Box 9
> Mendota, CA 93640

Id. at 2.

///
///

1

1       On August 8, 2025, this Court issued an order to show cause because the docket did not reflect that Respondent had complied with ECF No. 14. See ECF No. 19. Respondent was ordered to show cause in writing within 14 days of the date of that order why sanctions should not issue, or in the alternative to re-serve Petitioner in accordance with ECF No. 14. See id. On August 9, 2025, Respondent filed a certificate of re-service indicating that they served Petitioner on December 19, 2024, to Petitioner's Herlong address. See ECF No. 21.

        Thus, Respondent has failed to show compliance with ECF No. 14, which directed Respondent to re-serve Petitioner at his new address of record in Mendota. Respondent is again directed to show cause in writing within 14 days of this order why appropriate sanctions should not be imposed for failure to comply with the Court's order. If Respondent files proof of service in accordance with ECF No. 14, the order to show cause will be discharged.

        Accordingly, IT IS HEREBY ORDERED that Respondent is directed to show cause in writing within 14 days of the date of this order why sanctions should not be imposed for failure to comply with the Court's December 12, 2024, order.

Dated:  August 12, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE