IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ELLIOTT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SALMONSON,<br><br>　　　　Respondent. | No. 2:24-CV-1651-TLN-DMC-P<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

   Petitioner, a federal prisoner proceeding pro se, brings a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

   Petitioner filed a motion directing Respondent to re-serve the motion to dismiss, asserting that he was transferred to another institution and therefore did not receive the motion to dismiss. See ECF No. 11. This Court ordered Respondent to re-serve the motion to dismiss to Petitioner's new address despite finding "the proofs of service provided by Respondent indicate that the motion to dismiss was properly served on Petitioner at his address of record." ECF No. 14, pg. 1. Respondent was directed to re-serve the motion to Petitioner's new address. See id.

   On August 13, 2025, Respondent filed a response to the Order to Show Cause stating that, despite their certificate of service indicating that the motion to dismiss was re-served to Petitioner's former address, it was actually sent to Petitioner's Mendota address in accordance with ECF No. 14. See ECF No. 23. Respondent attached copies if the U.S. Postal Service receipt

showing the motion to dismiss was re-served to Petitioner's new address on January 6, 2025, and that Respondent more recently sent a "courtesy copy" to Petitioner's address as well. See id.

Respondent has filed proof of service in accordance with ECF No. 14. Therefore, the order to show cause will be discharged and no sanctions will be imposed.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is discharged from the orders to show cause, ECF Nos. 19 and 22.

2. Petitioner's Motion for Sanctions, ECF No. 18, is DENIED.

Dated:  August 14, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE