UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ELLIOTT,<br><br>           Petitioner,<br><br>     v.<br><br>SALMONSON,<br><br>           Respondent. | No. 2:24-cv-01651-TLN-DMC<br><br>**ORDER** |

Petitioner Joel Elliott ("Petitioner"), a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 8, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. *See* ECF No. 20. No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1  Accordingly, IT IS HEREBY ORDERED as follows:

2  1. The findings and recommendations filed August 8, 2025, are adopted in full.

3  2. Respondent's Motion to Dismiss (ECF No. 10) is GRANTED;

4  3. Plaintiff's Motion for Bail (ECF No. 16) is DENIED as moot;

5  4. The Clerk of the Court is directed to enter judgment and close this file; and

6  5. The Court declines to issue the certificate of appealability referenced in 28 U.S.C.

7  § 2253.

8  IT IS SO ORDERED.

9  Date: September 25, 2025

10  _____

11  Troy L. Nunley
Chief United States District Judge

2